# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

CASE NO.: 1:19-CV-24542-MGC

EDUARDO HERNANDO, an individual

      Plaintiff,

vs.

BMW FINANCIAL SERVICES NA, LLC,
a Florida limited liability company,

      Defendant.

_____/

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT BY DEFENDANT BMW FINANCIAL SERVICES NA, LLC

Defendant, BMW FINANCIAL SERVICES NA, LLC, a Florida limited liability company, by and through its attorneys, Saul Ewing Arnstein & Lehr, hereby submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and states the following:

Defendant BMW Financial Services NA, LLC is a wholly owned subsidiary of BMW of North America, LLC.

Dated: December 23, 2019.

Respectfully submitted,

*/s/ Abbigail E. Webb*
ABBIGAIL E. WEBB
Florida Bar No. 086985
**SAUL EWING ARNSTEIN & LEHR LLP**
*Attorneys for Defendant BMW Financial Services NA, LLC*
200 S. Biscayne Blvd., Suite 3600
Miami, Florida 33131
Telephone: 305-374-3330
E-Mail:  Abbigail.Webb@saul.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served with the Clerk through the Southern District's CM/ECF on **December 23, 2019** to: EDUARDO HERNANDO, Plaintiff (*Pro Se*), at Eduardo@HernandoGroup.com, who filed a Consent to Receive Notices of Electronic Filing.

*/s/ Abbigail E. Webb*
ABBIGAIL E. WEBB

36356677.1